**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LYONEL FINKLEA**, <br><br> Petitioner, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | Civil Action No. 24-7189 (ZNQ) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Vacate, Set Aside, or Correct Sentence filed by Petitioner Lyonel Finklea ("Finklea") (the "Motion," ECF No. 1.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **6th** day of **October 2025**,

**ORDERED** that Finklea's Motion (ECF No. 1) is hereby **DENIED**; it is further

**ORDERED** that an evidentiary hearing is not warranted; and it is further

**ORDERED** that a certificate of appealability will not issue.

                                                                                   s/ Zahid N. Quraishi
                                                                                   **ZAHID N. QURAISHI**
                                                                                    **UNITED STATES DISTRICT JUDGE**